IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Kathleen M. Tafoya**

Civil Action No. 11–cv–00780–RBJ–KMT

JOSE SANCHEZ, and
JOSHINNA CARRERAS

    Plaintiffs,

v.

CITY AND COUNTY OF DENVER,
PERI BEAULIEU, a sergeant in the Denver Police Department, in her individual capacity,
DAN GILES, an officer in the Denver Police Department, in his individual capacity,
KEVIN UJCICH, an officer in the Denver Police Department, in his individual capacity,
JEFFERY HEINIS, an officer in the Denver Police Department, in his individual capacity,
ANDRE STRODE, an officer in the Denver Police Department, in his individual capacity, and
GLEN S. RIGGS, an officer in the Denver Police Department, in his individual capacity,

    Defendants.

## MINUTE ORDER

**ORDER ENTERED BY MAGISTRATE JUDGE KATHLEEN M. TAFOYA**

The "Second Joint Motion for Brief Temporary Stay of Proceedings" (Doc. No. 45, filed Nov. 23, 2011) is GRANTED. This matter is STAYED until December 9, 2011. On December 9, 2011, the parties shall file a Status Report informing the court as to whether the case has settled and/or whether the stay should be lifted.

Dated: November 28, 2011